UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 3, 2018

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. |
| v. | * |
| | * VIOLATIONS: |
| JOHNNY ANDREW MOORE SR., | * |
| a.k.a. JOHNNY ANDREWS MOORE | * 18 U.S.C. § 371 (Conspiracy to Defraud |
| SR., | * the United States) |
| | * |
| MARIA FORD MOORE, and | * 26 U.S.C. § 7206(2) (Aiding and |
| | * Assisting the Preparation of a False |
| CHARESE JOHNSON, a.k.a. CHARESE | * Return) |
| ADESALU, | * |
| | * 26 U.S.C. § 7206(1) (Making and |
| Defendants. | * Subscribing a False Return) |
| | * |

*******

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At times relevant to the Indictment:

I. <u>Overview</u>

1.   From in or about calendar year 2013 to in or about calendar year 2016, **JOHNNY ANDREW MOORE SR.** and **MARIA FORD MOORE** conspired with each other, **CHARESE JOHNSON,** and others to file Forms 1041, U.S. Income Tax Returns for Estates and Trusts (hereinafter "Forms 1041"), and Forms 1040X, Amended U.S. Individual Income Tax Returns (hereinafter "Forms 1040X"), all to fraudulently obtain refunds from the U.S. Treasury.

1

II. Individuals and Entities

2. Defendants **JOHNNY ANDREW MOORE SR.**, a.k.a. **JOHNNY ANDREWS MOORE SR.** (hereinafter "**JOHNNY MOORE**") and **MARIA FORD MOORE** (hereinafter "**MARIA MOORE**" and collectively, with **JOHNNY MOORE**, "the **MOORES**") resided as a married couple in Washington, District of Columbia.

3. CO-CONSPIRATOR 1, who is not charged herein, resided in Rocky Mount, North Carolina, where he owned and operated a business that provided various financial services, including tax return preparation services.

4. Defendant **CHARESE JOHNSON**, a.k.a. **CHARESE ADESALU** (hereinafter "**JOHNSON**") resided in Aberdeen, Maryland, from where she operated a tax preparation business.

5. The Internal Revenue Service (hereinafter "IRS"), an agency within the U.S. Department of Treasury, was responsible for administering and enforcing federal revenue laws and regulations regarding the ascertainment, computation, assessment and collection of taxes owed to the United States.

6. Created in His Image Express Trust (hereinafter "Created in His Image") was a name used to obtain an Employer Identification Number (hereinafter "EIN"), a unique taxpayer entity identification, from the IRS for a purported trust, and to open a credit union account (ending in -1373) in the name of the purported trust. **JOHNNY MOORE** was the purported trustee and purported fiduciary of Created in His Image. **MARIA MOORE** was the purported beneficiary of Created in His Image. The **MOORES'** home street address was used to open the account (ending in -1373) in the name of Created in His Image. According to the IRS Form SS-4 submitted to

2

obtain an EIN for the purported trust, Created in His Image was established in December 2007 and its mailing address was the **MOORES'** Post Office Box (hereinafter "P.O. Box").

7. After His Likeness Express Trust (hereinafter "After His Likeness") was a name used to obtain an EIN from the IRS for a purported trust. **MARIA MOORE** was the purported fiduciary of After His Likeness. According to the IRS Form SS-4 submitted to obtain an EIN for After His Likeness, the purported trust's mailing address was the **MOORES'** P.O. Box.

## COUNT ONE
### (Conspiracy to Defraud the United States)

8. The factual allegations contained in Paragraphs 2 through 7 of this Indictment are re-alleged and incorporated herein as if copied verbatim.

### *THE CONSPIRACY*

9. From in or about 2013 through 2016, the exact dates being unknown to the Grand Jury, in the District of Columbia and elsewhere, **JOHNNY ANDREW MOORE SR.**, a.k.a. **JOHNNY ANDREWS MOORE SR., MARIA FORD MOORE,** and **CHARESE JOHNSON**, defendants herein, did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and agree together and with each other and with other individuals both known and unknown to the Grand Jury, including CO-CONSPIRATOR 1, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of the revenue: to wit, income taxes.

### *MANNER AND MEANS OF THE CONSPIRACY*

10. The manner and means by which the **MOORES, JOHNSON,** and others, known and unknown to the Grand Jury, sought to accomplish the object of the conspiracy included,

among other things, the following:

    a.    With respect to Forms 1041:

        i.    The **MOORES** established purported trusts of which they were the fiduciaries.

        ii.    The **MOORES** aided and assisted CO-CONSPIRATOR 1 in the preparation of Forms 1041 reporting false withholdings and requesting refunds to which the **MOORES** were not entitled.

        iii.    The **MOORES** caused CO-CONSPIRATOR 1 to file Forms 1041 on behalf of the **MOORES'** purported trusts and obtained at least one refund to which they were not entitled.

        iv.    The **MOORES, JOHNSON,** and CO-CONSPIRATOR 1 prepared documents to submit to the IRS in an attempt to obstruct collection of their fraudulently obtained refund.

    b.    With respect to Forms 1040X:

        i.    The **MOORES, JOHNSON,** and others prepared and filed, and caused to be prepared and filed, Forms 1040X to obtain refunds to which they were not entitled.

        ii.    The **MOORES, JOHNSON,** and others prepared and filed, and caused to be prepared and filed, other documents that purported to "support" the false tax returns.

        iii.    The **MOORES** prepared and submitted, and caused to be prepared and submitted, documents to obstruct collection of civil penalties imposed

by the IRS with respect to their Forms 1040X.

11. It was further part of the conspiracy that the **MOORES, JOHNSON,** and CO-CONSPIRATOR 1 would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

## *OVERT ACTS*

12. In furtherance of the conspiracy, and to effect the object thereof, the following overt acts, among others, were committed in the District of Columbia and elsewhere:

### *Overt Acts Related to False Forms 1041*

a. On or about July 3, 2013, **JOHNNY MOORE** sent an email to CO-CONSPIRATOR 1 telling CO-CONSPIRATOR 1 that the **MOORES** wanted a "private trust" and instructing CO-CONSPIRATOR 1 to call "this number and talk to my associate Maria…( my wife and personal friend of [REDACTED]) at (202) [XXX]-[XXXX] !"

b. On or about July 25, 2013, the **MOORES** applied for, and caused to be applied for, an EIN in the name of Created in His Image by electronically submitting an IRS Form SS-4.

c. On or about July 29, 2013, **JOHNNY MOORE** opened and caused to be opened a credit union account (ending in -1373) in the name of Created in His Image.

d. On or about July 30, 2013, **JOHNNY MOORE** emailed and caused to be emailed to CO-CONSPIRATOR 1 a signed agreement for "consulting services," including tax preparation services.

e. On or about August 1, 2013, **JOHNNY MOORE** paid

5

CO-CONSPIRATOR 1 $2,046.60 via PayPal with the subject line "Treasury Offset Program."

  f. On or about August 6, 2013, **JOHNNY MOORE** emailed CO-CONSPIRATOR 1 asking for help to "hold them off" after the IRS requested that **JOHNNY MOORE** file returns from 2008 to the present for Created in His Image.

  g. On or about October 3, 2013, CO-CONSPIRATOR 1 electronically filed and caused to be filed a false and fraudulent Form 1041 for Created in His Image, which reported "JOHNNY ANDREWS MOORE TTEE" as the fiduciary. This return falsely claimed that $519,211 in federal income tax had been withheld, and fraudulently requested a refund in the same amount, when, in fact, no taxes had been withheld and no refund was due.

  h. On or about April 25, 2014, **JOHNNY MOORE** retrieved, and caused to be retrieved, from the P.O. Box in Washington, DC, a U.S. Treasury refund check payable to Created in His Image in the amount of approximately $527,425.87.

  i. On or about April 25, 2014, **JOHNNY MOORE** endorsed the U.S. Treasury refund check for approximately $527,425.87 and deposited it, and caused it to be deposited, into a credit union account in the name of Created in His Image ending in -1373.

  j. On or about May 1, 2014, the **MOORES** transferred, and caused to be transferred, approximately $77,882 from the credit union account ending in -1373 to a joint account in their names.

  k. On or about May 1, 2014, the **MOORES** paid CO-CONSPIRATOR 1 approximately $77,882 using a cashier's check.

  l. On or about June 30, 2014, the **MOORES** applied for, and caused to be applied for, an EIN in the name of After His Likeness.

      m.    On or about August 20, 2014, **JOHNSON** emailed to **JOHNNY MOORE**, and **JOHNNY MOORE** subsequently forwarded to CO-CONSPIRATOR 1, the following documents related to **JOHNNY MOORE**'s fraudulent Form 1041 submitted on behalf of Created in His Image:

           i.    A document to be sent to the IRS threatening to file a criminal complaint against the IRS;

           ii.    An annotated copy of the IRS transcript for the 2012 tax year Form 1041 submitted on behalf of Created in His Image; and

           iii.    A Form 4506, Request for Copy of Tax Return, to request a copy of the 2012 tax year Form 1041 for Created in His Image.

      n.    On or about August 29, 2014, after **JOHNNY MOORE** received a letter stating that his credit union would send levied funds to the IRS on September 12, 2014, he emailed **JOHNSON** documents he had received from CO-CONSPIRATOR 1, told her the purpose of the materials was "to give [them] to the bank representative to stop them from sending my money back t[o] IRS," and asked her to "check it out."

      o.    On or about August 31, 2014, **JOHNNY MOORE** sent, and caused to be sent, a package to the IRS including a copy of his tax bill in the amount of $639,614.24 and a fake bond in the amount of $1 million dollars as a purported deposit.

      p.    On or about September 16, 2014, **JOHNSON** emailed CO-CONSPIRATOR 1 and asked CO-CONSPIRATOR 1 to call her because she was "preparing the Freedom docs for the Moores to release their IRS funds." **JOHNSON** further wrote, "I need help with the freedom docs you sent them for me to complete," asked CO-CONSPIRATOR 1 if

they could speak by phone, and informed him, "I will complete the docs tomorrow."

  q. On or about September 17, 2014, **MARIA MOORE** left a voice message for an IRS Revenue Officer falsely denying that the **MOORES** owed the IRS any money.

  r. On or about October 6, 2014, **MARIA MOORE** spoke with CO-CONSPIRATOR 1 over the telephone to discuss filing another Form 1041.

  s. On or about October 7, 2014, **JOHNNY MOORE** emailed CO-CONSPIRATOR 1 asking him to email all the instructions that **MARIA MOORE** would need to complete the process that **MARIA MOORE** and CO-CONSPIRATOR 1 had discussed the prior day.

  t. On or about October 14, 2014, **JOHNNY MOORE** emailed CO-CONSPIRATOR 1 an agreement for CO-CONSPIRATOR 1's services signed by **MARIA MOORE**.

  u. On or about October 15, 2014, CO-CONSPIRATOR 1 filed, and caused to be filed, a false and fraudulent Form 1041 on behalf of After His Likeness, for which "MARIA MOORE TRUSTEE" was listed as the fiduciary. This return falsely reported that $796,256 of federal income taxes had been withheld, and fraudulently requested a refund in the same amount, when, in fact, no taxes had been withheld and no refund was due.

*Overt Acts Related to False Forms 1040X*

  v. On or about February 18, 2014, the **MOORES** and **JOHNSON** filed and caused to be filed with the IRS a false and fraudulent Form 1040X on behalf of the **MOORES** for tax year 2011 claiming a refund to which the **MOORES** were not entitled. This Form 1040X, signed by the **MOORES** and by **JOHNSON** as a paid preparer, claimed a refundable credit of

8

$416,200 based on a false and fraudulent Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments (hereinafter "Form 8281"), which was attached to the Form 1040X.

 w. On or about March 13, 2014, the **MOORES** and **JOHNSON** filed and caused to be filed with the IRS another false and fraudulent Form 1040X on behalf of the **MOORES** for tax year 2011. This Form 1040X, signed by the **MOORES** and by **JOHNSON** as a paid preparer, reported an additional $280,000 in federal income tax withheld, and claimed a refund in the same amount.

 x. On July 7, 2014, the **MOORES, JOHNSON,** and their co-conspirators filed and caused to be filed with the IRS a Form 1099-MISC, Miscellaneous Income (hereinafter "Form 1099-MISC") for tax year 2011, purportedly issued by a bank, which falsely and fraudulently reported that **MARIA MOORE** had $280,000 in federal income tax withheld. In fact, the bank did not issue this Form 1099-MISC, never paid **MARIA MOORE** any funds, and never withheld $280,000 in federal taxes from payments made to **MARIA MOORE**.

 y. On or about July 15, 2014, the **MOORES, JOHNSON,** and their co-conspirators filed and caused to be filed with the IRS a Form 1099-MISC for tax year 2013, purportedly issued by a bank, which falsely and fraudulently reported that **MARIA MOORE** had $280,000 in federal income tax withheld. In fact, the bank did not issue this Form 1099-MISC, never paid **MARIA MOORE** any funds, and never withheld $280,000 in federal taxes from payments made to **MARIA MOORE**.

 z. On or about July 30, 2016, in response to IRS efforts to collect a frivolous return penalty, **MARIA MOORE** sent, and caused to be sent, a letter to the IRS falsely alleging

that the IRS had committed an international crime.

(All in violation of 18 U.S.C. § 371)

**COUNTS TWO AND THREE**
**(Aiding and Assisting the Preparation of a False Return)**

13.     The allegations in Paragraphs 2 to 7 of this Indictment are realleged and incorporated in Counts Two and Three of this Indictment as if copied verbatim.

14.     On or about the dates listed below, in the District of Columbia and elsewhere, the defendants, **JOHNNY ANDREW MOORE SR.**, a.k.a. **JOHNNY ANDREWS MOORE SR.**, and **MARIA FORD MOORE** did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS, Forms 1041 for the trusts and years listed below. The tax returns were false and fraudulent as to material matters, as follows:

| Count | Approximate Filing Date | Defendant | Trust Name | Tax Year | False and Fraudulent Matters |
|---|---|---|---|---|---|
| 2 | 10/3/13 | **JOHNNY MOORE** | Created in His Image Express Trust | 2012 | Line 24(e) (Federal income tax withheld):  $519,211 (when no federal income tax was withheld)<br><br>Line 29 (Amount to be refunded): $519,211 (when the trust was not entitled to claim any refund) |
| 3 | 10/15/14 | **MARIA MOORE** | After His Likeness Express Trust | 2013 | Line 24(e) (Federal income tax withheld):  $796,256 (when no federal income tax was withheld)<br><br>Line 29 (Amount to be refunded): $796,256 (when the trust was not entitled to claim any refund) |

(All in violation of 26 U.S.C. § 7206(2))

## COUNTS FOUR AND FIVE
### (Making and Subscribing a False Return)

15. The allegations in Paragraphs 2 to 7 of this Indictment are realleged and incorporated in Counts Four and Five of this Indictment as if copied verbatim.

16. On or about the dates hereinafter set forth, in the District of Columbia and elsewhere, the defendants, **JOHNNY ANDREW MOORE SR.**, a.k.a. **JOHNNY ANDREWS MOORE SR.**, and **MARIA FORD MOORE** did willfully make and subscribe two joint Forms 1040X, which were verified by a written declaration that they were made under the penalties of perjury and which the **MOORES** did not believe to be true and correct as to every material matter. The returns were false and fraudulent as to material matters, as follows:

| Count | Approximate Filing Date | Tax Year | False and Fraudulent Matters |
|---|---|---|---|
| 4 | 2/18/14 | 2011 | a) Line 14: Refundable Credit ($416,200) (when the **MOORES** were not entitled to such a credit)<br><br>b) Line 21: Amount to be refunded ($416,200) (when the **MOORES** were not entitled to such a refund) |
| 5 | 3/13/14 | 2011 | a) Line 11 (column B): Federal income tax withheld (net change: $280,000) (when no such additional income tax was withheld)<br><br>b) Line 21: Amount to be refunded ($280,000) (when the **MOORES** were not entitled to such a refund) |

(All in violation of 26 U.S.C. § 7206(1))

## COUNTS SIX AND SEVEN
### (Aiding and Assisting the Preparation of a False Return)

17. The allegations in Paragraphs 2 to 7 of this Indictment are realleged and incorporated in Counts Six and Seven of this Indictment as if copied verbatim.

18. On or about the dates hereinafter set forth, in the District of Columbia and elsewhere, the defendant, **CHARESE JOHNSON,** a.k.a. **CHARESE ADESALU,** did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS, two joint Forms 1040X for the **MOORES** and for the year listed below. The tax returns were false and fraudulent as to material matters, as follows:

| Count | Approximate Filing Date | Tax Year | False and Fraudulent Matters |
|---|---|---|---|
| 6 | 2/18/14 | 2011 | a) Line 14:   Refundable Credit ($416,200) (when the **MOORES** were not entitled to such a credit)<br><br>b) Line 21:   Amount to be refunded ($416,200) (when the **MOORES** were not entitled to such a refund) |
| 7 | 3/13/14 | 2011 | a) Line 11 (column B):   Federal income tax withheld (net change: $280,000) (when no such additional income tax was withheld)<br><br>b) Line 21:   Amount to be refunded ($280,000) (when the **MOORES** were not entitled to such a refund) |

(All in violation of 26 U.S.C. § 7206(2))

A TRUE BILL

_____
FOREPERSON

_____
DATE

*[signature]*

ROSEMARY E. PAGUNI
Chief, Northern Criminal Enforcement Section
Department of Justice, Tax Division

13