United States District Court
For the District of Columbia

LET IT BE FILED
*[signature]* USDJ
2/11/19

# Notification of reservation of rights UCC 1-308/1-207

**FILED**
FEB 11 2019
Clerk, U.S. District and
Bankruptcy Courts

**PUBLIC**
**THIS IS A PUBLIC COMMUNICATION TO ALL**
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

**Charese Johnson**, sui juris
All rights reserved UCC 1-308

Case No: CR 18-388-03 (RDM)

Let it be known to all that I, **Charese Johnson** explicitly reserves all of my rights. **UCC 1-308** which was formally **UCC 1-207**.

Further, let all be advised that all actions commenced against me may be in violation of, ... **USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law**

**USC TITLE 18 > PART I > CHAPTER 13 > § 241 Conspiracy against rights**

Wherefore all have undeniable knowledge.

## AFFIDAVIT

Affiant, charese johnson, **sui juris**, a natural citizen of Maryland, a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Signed _____ sui juris,

This Affidavit is dated __1/30/2019__

NOTARY PUBLIC

STATE OF __Maryland__ COUNTY/DISTRICT OF __Harford__

Subscribed and sworn to before me, a Notary Public, the above signed **Charese Johnson**,

This __30th__ day of __January__, 2019

_____
Notary Public

MY COMMISSION EXPIRES:
__Jan 26, 2021__

**RECEIVED**
JAN 31 2019
Clerk, U.S. District and
Bankruptcy Courts