# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term
## Grand Jury Sworn in on July 8, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. 18-cr-00388 |
| v. | * |
| | * VIOLATIONS: |
| CHARESE JOHNSON, a.k.a. CHARESE ADESALU, | * |
| | * 26 U.S.C. § 7206(2) (Aiding and |
| | * Assisting the Preparation of a False |
| Defendant. | * Return) |
| | * |

*******

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

At times relevant to the Indictment:

1. Defendant **CHARESE JOHNSON**, a.k.a. **CHARESE ADESALU** (hereinafter "JOHNSON"), resided in Aberdeen, Maryland, from where she operated a tax preparation business known as Prodigy Accounting Services.

2. The Internal Revenue Service (hereinafter "IRS"), an agency within the U.S. Department of Treasury, was responsible for administering and enforcing federal revenue laws and regulations regarding the ascertainment, computation, assessment and collection of taxes owed to the United States.

3. JOHNSON worked as an accountant and possessed a Preparer Tax Identification Number ("PTIN") issued by the IRS.

4. An IRS Form 1040X return is an Amended U.S. Individual Income Tax Return.

1

## COUNTS ONE THROUGH THREE
### (Aiding and Assisting the Preparation of a False Return)

5.     The allegations in Paragraphs 1 to 4 of this Indictment are realleged and incorporated in Counts One through Three of this Indictment as if copied verbatim.

6.     On or about the dates hereinafter set forth, in the District of Columbia and elsewhere, the defendant, **CHARESE JOHNSON,** a.k.a. **CHARESE ADESALU,** did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS, Forms 1040X for certain taxpayers listed below and for the years listed below.  Those tax returns were false and fraudulent as to material matters, as follows:

| Count | Approximate Filing Date | Tax Year | Taxpayer Initials | False and Fraudulent Matters |
|---|---|---|---|---|
| 1 | 1/9/14 | 2012 | B.R. | a) Line 14: Refundable Credit ($463,961) (when the taxpayer was not entitled to such a credit)<br><br>b) Line 21: Amount to be refunded ($463,961) (when the taxpayer was not entitled to such a refund) |
| 2 | 2/18/14 | 2011 | J.M. & M.M. | a) Line 14: Refundable Credit ($416,200) (when the taxpayers were not entitled to such a credit)<br><br>b) Line 21: Amount to be refunded ($416,200) (when the taxpayers were not entitled to such a refund) |
| 3 | 3/13/14 | 2011 | J.M. & M.M. | a) Line 11 (column B): Federal income tax withheld (net change: $280,000) (when no such additional income tax was withheld)<br><br>b) Line 21: Amount to be refunded ($280,000) (when the taxpayers were not entitled to such a refund) |

**(All in violation of 26 U.S.C. § 7206(2))**

A TRUE BILL

_____
FOREPERSON


_____
DATE


*Rosemary E. Paguni* (signature)
ROSEMARY E. PAGUNI
Chief, Northern Criminal Enforcement Section
Department of Justice, Tax Division