UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No.: 1:18-cr-00388-RDM |
| : | |
| JOHNNY ANDREW MOORE SR., : | Hon. Randolph D. Moss |
| a.k.a. JOHNNY ANDREWS MOORE : | |
| SR., : | |
| : | |
| Defendant. : | |

## ORDER FOR DISCLOSURE OF MEDICAL RECORDS
## OF THE DEFENDANT JOHNNY MOORE

Pending before the Court is the Government's Motion for Disclosure of Medical Records of the Defendant Johnny Moore. Defendant Moore consents to the relief sought in the Government's motion. Upon considering the Government's Motion, the consent of the defendant, and for good cause shown, the Court grants the requested relief and issues this Order, pursuant 45 C.F.R. § 164.512(e)(1)(i), which authorizes a "covered entity" to disclose private health information in judicial or administrative proceedings "in response to an order of a court."

**IT IS ORDERED THAT**

Sridhar Chatrathi, MD, Greenbelt, Maryland

Fred Bloem, MD, Olney, Maryland

Virginia Hospital Center, Arlington, Virginia

shall disclose all medical records relating to the evaluation or treatment of Johnny Andrew Moore to Thomas Abbenante, Esq., Counsel for Mr. Moore, and also to Abigail Burger Chingos, Esq., and Jeffrey McLellan, Esq., Attorneys for the Government in this matter.

IT IS SO ORDERED.

/s/ Randolph D. Moss
Honorable Randolph D. Moss
United States District Judge

Dated: November 22, 2019