*************** -COMM. JOURNAL- ****************** DATE MAR-11-2000 ***** TIME 00:36 ********

MODE = MEMORY TRANSMISSION          START=MAR-11 00:30      END=MAR-11 00:36

FILE NO.=679

| STN NO. | COMM. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---------|-------|------------------------------------------|-------|----------|
| 001     | OK    | ≈8552141179                              | 016   | 00:06:04 |

**Government Exhibit** 28_1

-I R S  RICHMOND VA   -

***** UF-7200 ********************** -INTERNAL REVENUE- ***** -        804 916 8145- *********
Mar 23 15 12:46p   Johnny Moore          2022901078          p.1

To Fax# 1-804-916-8145  Attn W. Stark C/o Jodi L. Patterson

Fax on 3-23-2015

To Whom It May Concern: Enclosed you

will Find Stamped Copies of Amended 1040X

Along with The Tax Preparer (Signed) Power of

Attorney Form. Ms Charese Johnson is Already

on File For Clients Johnny Andrews Moore ████ 3979

And For Client Maria F Moore, ████-3374,...

For Further Information You can Contact Either

Agent At  Fax#202-290-107

Cell # 202-595-6218 (Johnny Andrews)

Cell # 202-907-9348 (Maria F Moore)

Mailing: Po Box 15428

Wash DC 20003

thanks For Your

Service

By Agent: Maria F Moore

US-0010518

028_1

To Fax# 1-804-916-8145   Attn: W. Stark C/o Jodi L. Patterson

Fax on 3-23-2015

To Whom It May Concern: Enclosed you

Will Find Stamped Copies of Amended 1040X

Along with The Tax Preparer (Signed) Power of

Attorney Form. Ms Charese Johnson is Already

On File For Clients Johnny Andrews Moore ▓▓▓3979

And For Client Maria F Moore ▓▓▓-3574,...

For Further Information you Can Contact Either

Agent At   Fax#202-290-107

Cell # 202-595-6218 (Johnny Andrews)

Cell # 202-907-9348 (Maria F Moore)

Mailing: PO Box 15428
          Wash DC 20003

thanks For Your
Service

By Agent: Maria F Moore

PAY TO THE ORDER OF THE ACCOUNT
OF THE UNITED STATES OF AMERICA
FULL DISCHARGE IS DEMAND
12 USC 411, 95a (2) 50 USC APPT (e)
FORWARD TO THE PRINCIPAL

US-0010519

Mar 23 15 12:46p      Johnny Moore                                    2022901078              p.2

 **IRS** Department of the Treasury
Internal Revenue Service

AUSTIN  TX  73301-0030

7161761792856238Z155

In reply refer to: 0469241048
Feb. 25, 2015   LTR 105C   0
▬▬▬3574  201112 55
Input Op: 1486841048 00005127
BODC: SB

MARIA MOORE
PO BOX 15428
WASHINGTON  DC  20003-0428



000224

CERTIFIED MAIL

Taxpayer identification number:  ▬▬▬3574
                    Kind of tax:  Income
            Amount of claim : $      15,000.00

        Date of claim(s) received:  Aug. 08, 2014
                    Tax period :  Dec. 31, 2011

Dear Taxpayer:

## WE COULDN'T ALLOW YOUR CLAIM

**WHY WE'RE SENDING YOU THIS LETTER**

We disallowed your claim for credit for the period shown above.

**WHY WE CAN'T ALLOW YOUR CLAIM**

We have disallowed your claim for abatement.  You did not submit a valid return within the thirty day time frame given to you in letter 3176C dated April 30, 2014.

If you qualify, you may file a request to have your frivolous return penalty reduced.  Under IRC 6702(d) qualifying individuals may file to have their frivolous penalty reduced to $500.00. For more information visit our website at irs.gov, search for Form 14402.  Form 14402 contains eligibility, payment, and filing instructions.

**IF YOU DISAGREE**

If you do not agree with our decision, you can file suit to recover tax, penalties, or other amounts, with the United States District Court having jurisdiction or with the United States Court of Federal Claims. These courts are part of the judiciary branch of the federal government and have no connection with the IRS.

The law permits you to do this within 2 years from the date of this letter. If you decide to appeal our decision first, the 2-year period

US-0010520

Mar 23 15 12:47p      Johnny Moore                    2022901078              p.3

```
                                            0469241048
                         Feb. 25, 2015   LTR 105C   0
                         ███████-3574  201112 55
                         Input Op:  1486841048 00005128
```

MARIA MOORE
PO BOX 15428
WASHINGTON  DC  20003-0428


still begins from the date of this letter. However, if you signed
an agreement that waived your right to the notice of disallowance
(Form 2297), the period for filing suit begins on the date you filed
the waiver.

If you need forms, schedules or publications to respond to this
letter, you can obtain them by visiting the IRS website at www.irs.gov
or by calling 1-800-TAX-FORM (1-800-829-3676).

### HOW TO CONTACT US

If you have questions, you can call us toll free at
866-883-0235.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include a copy of this letter and provide in the
spaces below, your telephone number and the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____


                         Sincerely yours,


                         Jodi L. Patterson

                         Jodi L. Patterson
                         Dir., Rtn. Integrity & Corr. Svc.


Enclosure(s):
Publication 1
    .

US-0010521

028_1.0004

Mar 23 15 12:47p   Johnny Moore                          2022901078                    p.4

| Form 668 (Y)(c) <br> (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service <br> **Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area: <br> SMALL BUSINESS/SELF EMPLOYED AREA #3 <br> (800) 913-6050 | Serial Number <br> 119133314 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer    JOHNNY A MOORE

Residence    PO BOX 15428
             WASHINGTON, DC 20003-0428

001517

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax <br> (a) | Tax Period Ending <br> (b) | Identifying Number <br> (c) | Date of Assessment <br> (d) | Last Day for Refiling <br> (e) | Unpaid Balance of Assessment <br> (f) |
|---|---|---|---|---|---|
| 6702A | 12/31/2011 | XXX-XX-3979 | 08/11/2014 | 09/10/2024 | 15000.00 |

| Place of Filing <br> OFFICE OF RECORDER OF DEEDS FOR <br> WASHINGTON D.C. <br> WASHINGTON, DC 20001 | Total | 15000.00 |
|---|---|---|

This notice was prepared and signed at _____ BALTIMORE, MD _____ , on this,

the __10th__ day of __September__ , __2014__ .

| Signature <br> for W. STARK | Title <br> REVENUE OFFICER <br> (804) 916-8129 | 23-03-4749 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy                                    CAT. NO 60025X

US-0010522

028_1.0005

**IRS** Department of the Treasury
Internal Revenue Service

CCP-LU W. STARK
P.O. BOX 10085, ROOM 860
RICHMOND, VA 23240

**CERTIFIED MAIL**

71617618363749177985

Letter Date:    09/23/2014
Taxpayer Identification Number:
  XXX-XX-3979
Person to Contact:
  W. STARK
Contact Telephone Number:
  (804) 916-8129
Employee Identification Number:
  1002838227

JOHNNY A MOORE
PO BOX 15428
WASHINGTON, DC 20003-0428

001517

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

Dear JOHNNY A MOORE

We filed a Notice of Federal Tax Lien on  09/23/2014 .

| Type of Tax | Tax Period | Assessment Date | Amount on Lien |
|-------------|------------|-----------------|----------------|
| 6702A | 12/31/2011 | 08/11/2014 | 15000.00 |

NOTE: Please contact the person whose name and telephone number appears on this notice to obtain the current amount you owe. Additional interest and penalties may be increasing the amount on the lien shown above.

A lien attaches to all property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we have enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by  10/30/2014 . Please complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,*and mail it to:

          Internal Revenue Service
          P.O. BOX 10085, ROOM 860
          RICHMOND, VA 23240

Letter 3172 (DO) rev. (3-2009)
Catalog No. 257671

US-0010523

Mar 23 15 12:48p          Johnny Moore                    202290178          p.6

Form **2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

**Power of Attorney**
**and Declaration of Representative**

► Information about Form 2848 and its instructions is at www.irs.gov/form2848.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date  /  /

**Part I   Power of Attorney**

Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored
for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer identification number(s)

Name and address

JOHNNY ANDREWS MOORE
PO BOX 6479
WASHINGTON, DC 20005-0458

Daytime telephone number          Plan number (if applicable)

Hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

Name and address
CHARESE JOHNSON
PO BOX 128
ABERDEEN, MD 21001

Check if to be sent copies of notices and communications ☐

CAF No. _____ 0988-03601R
PTIN _____ P004-47835
Telephone No. _____ 443.782.8986
Fax No. _____ 1.866.659.9452

Check if to be sent copies of notices and communications ☒

Name and address

Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Name and address

Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note. IRS sends notices and communications to only two representatives.)

Name and address

Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note. IRS sends notices and communications to only two representatives.)

**3   Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| INCOME, CIVIL ESTATE | 1040, LETTERS, | 2011, 2012, 2013, 2014 |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF . . . . . . . . . . . . . . . ► ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):
☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return;

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.          Cat. No. 11980J          Form **2848** (Rev. 7-2014)

028_1.0007

US-0010524

Mar 23 15 12:49p                Johnny Moore                                202290 1078                      p.7

Form 2848 (Rev. 7-2014)                                                                                              Page 2

**b   Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any specific additions to the acts otherwise authorized in this power of attorney: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**h   Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7   Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.
▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| Signature | Date | Print name of taxpayer from line 1 if other than individual |
| Print Name | | Title (if applicable) |

**Part II     Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice before the Internal Revenue Service;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
**c** Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
**d** Officer—a bona fide officer of the taxpayer organization.
**e** Full-Time Employee—a full-time employee of the taxpayer.
**f** Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
**h** Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions for Part II for additional information.
**i** Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions for Part II for additional information.
**k** Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part I for additional information and requirements.
**r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

**Note.** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| b | | | | |

Form **2848** (Rev. 7-2014)

028_1.0008                                                                                              US-0010525

Mar 23 15 12:49p     Johnny Moore

Department of the Treasury—Internal Revenue Service

# Form 1040X
(Rev. December 2013)

## Amended U.S. Individual Income Tax Return

OMB No. 1545-0074

► Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

This return is for calendar year  ☐ 2013  ☐ 2012  ☑ 2011  ☐ 2010
Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JOHNNY | MOORE | ███ 3 9 7 9 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| MARIA | MOORE | ███ 3 5 7 4 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.   Your phone number
1108 44TH PLACE  5E                                                                        2023907477

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
WASHINGTON   DC 20019

Foreign country name          Foreign province/state/county          Foreign postal code

FEB 18 2014

Amended return filing status. You must check one box even if you are not changing your filing status.
Caution. In general, you cannot change your filing status from joint to separate returns after the due date.

☐ Single          ☑ Married filing jointly          ☐ Married filing separately
☐ Qualifying widow(er)          ☐ Head of household (if the qualifying person is a child but not your dependent, see instructions)

Use Part III on the back to explain any changes

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ► ☐ | 44,129 | 0 | 44,129 |
| 2 | Itemized deductions or standard deduction | 16,010 | 0 | 15,010 |
| 3 | Subtract line 2 from line 1 | 28,119 | 0 | 28,119 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28 | 7,400 | 0 | 7,400 |
| 5 | Taxable income. Subtract line 4 from line 3 | 20,719 | 0 | 20,719 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax (see instructions): 2011 TAX TABLE | 2,259 | 0 | 2,259 |
| 7 | Credits. If general business credit carryback is included, check here ► ☐ | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 2,259 | 0 | 2,259 |
| 9 | Other taxes | 0 | 0 | 0 |
| 10 | Total tax. Add lines 8 and 9 | 2,259 | 0 | 2,259 |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 2,371 | 0 | 2,371 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 0 | 0 | 0 |
| 13 | Earned income credit (EIC) | 0 | 0 | 0 |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2010 or 2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☑ other (specify): 8281 SUPPORTING DOCUMENT | 0 | 416,200 | 416,200 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | 15 | 0 |
| 16 | Total payments. Add lines 11 through 15 | | 16 | 418,571 |
| **Refund or Amount You Owe** (Note. Allow 8–12 weeks to process Form 1040X.) | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | 17 | 112 |
| 18 | Subtract line 17 from line 16 (if less than zero, see instructions) | | 18 | 418,459 |
| 19 | Amount you owe. If line 10, column C, is more than line 18, enter the difference | | 19 | 0 |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount overpaid on this return | | 20 | 416,200 |
| 21 | Amount of line 20 you want refunded to you | | 21 | 416,200 |
| 22 | Amount of line 20 you want applied to your (enter year): _____ estimated tax   22 | | | |

Complete and sign this form on Page 2

For Paperwork Reduction Act Notice, see instructions.          Cat. No. 11360L          Form 1040X (Rev. 12-2013)

US-0010526

2022901078

p.9

Mar 23 15 12:49p     Johnny Moore

Form 1040X (Rev. 12-2013)                                                                 Page 2

## Part I    Exemptions

Complete this part only if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

See Form 1040 or Form 1040A instructions and Form 1040X instructions.

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . . | 23 | | | |
| 24 | Your dependent children who lived with you . . . . . | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation. | 25 | | | |
| 26 | Other dependents . . . . . . . . . . . . . | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . . . . | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form . . | 28 | | | |

29   List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |

## Part II    Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐   Check here if you did not previously want $3 to go to the fund, but now do.

☐   Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

## Part III    Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

FORM 8281 IS ATTACHED FOR SUPPORTING DOCUMENT. THE TAXPAYER FURNISHED ALL SUPPORTING DOCUMENTS FOR THE 2011 AMENDMENT. IF ADDITIONAL SUPPORTING DOCUMENTATION IS NEEDED PLEASE CONTACT THE TAXPAYERS.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| ▶ *Johny Andrew Moore* | Date 2-6-14 | ▶ *Marie Ford Moore* | Date 2-6-2014 |
|---|---|---|---|
| Your signature | | Spouse's signature. If a joint return, both must sign. | |

**Paid Preparer Use Only**

| Preparer's signature | Date 2/4/12 | PRODIGY ACCOUNTING SERVICES | |
|---|---|---|---|
| CHARESE JOHNSON | | Firm's name (or yours if self-employed) | |
| Print/type preparer's name | | PO BOX 129 ABERDEEN MD 21001 | |
| | | Firm's address and ZIP code | |
| PTIN P00447855 | ☐ Check if self-employed | Phone number 4437528886 | EIN 522251150 |

For forms and publications, visit IRS.gov.                                    Form 1040X (Rev. 12-2013)

US-0010527

Mar 23 15 12:50p       Johnny Moore

# Form 1040X

(Rev. December 2013)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

This return is for calendar year  ☐ 2013  ☐ 2012  ☑ 2011  ☐ 2010

Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JOHNNY | MOORE | ███ ██ 3979 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| MARIA | MOORE | ███ ██ 3674 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number
1108 44TH PLACE SE | | 2023907477

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
WASHINGTON   DC 20019

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
WASHINGTON., DC 20002

Foreign country name | Foreign province/state/county | Foreign postal code

Amended return filing status. You must check one box even if you are not changing your filing status.
Caution. In general, you cannot change your filing status from joint to separate returns after the due date.

RECEIVED

☐ Single  ☑ Married filing jointly  ☐ Married filing separately
☐ Qualifying widow(er)  ☐ Head of household (if the qualifying person is a child but not your dependent, see instructions.)

Use Part III on the back to explain any changes

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐ | 1 | 44,129 | 0 | 44,129 |
| 2 | Itemized deductions or standard deduction | 2 | 16,010 | 0 | 16,010 |
| 3 | Subtract line 2 from line 1 | 3 | 28,119 | 0 | 28,119 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28 | 4 | 7,400 | 0 | 7,400 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 20,719 | 0 | 20,719 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax (see instructions): 2011 TAX TABLE | 6 | 2,259 | 0 | 2,259 |
| 7 | Credits. If general business credit carryback is included, check here ▶ ☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 2,259 | 0 | 2,259 |
| 9 | Other taxes | 9 | 0 | 0 | 0 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 2,259 | 0 | 2,259 |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 11 | 2,371 | 280,000 | 282,371 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0 | |
| 13 | Earned income credit (EIC) | 13 | 0 | 0 | |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2010 or 2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☑ other (specify): 8281 SUPPORTING DOCUMENT | 14 | | | |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 15 | | | 0 |
| 16 | Total payments. Add lines 11 through 15 | 16 | | | 282,371 |
| **Refund or Amount You Owe** (Note. Allow 8–12 weeks to process Form 1040X.) | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 17 | | | 112 |
| 18 | Subtract line 17 from line 16 (if less than zero, see instructions) | 18 | | | 282,259 |
| 19 | Amount you owe. If line 10, column C, is more than line 18, enter the difference | 19 | | | 0 |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount overpaid on this return | 20 | | | 280,000 |
| 21 | Amount of line 20 you want refunded to you | 21 | | | 280,000 |
| 22 | Amount of line 20 you want applied to your (enter year): _____ estimated tax | 22 | | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.          Cat. No. 11360L          Form 1040X (Rev. 12-2013)

US-0010528

Mar 23 15 12:50p      Johnny Moore

Form 1040X (Rev. 12-2013)                                                                 Page **2**

**Part I    Exemptions**

Complete this part only if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

See Form 1040 or Form 1040A instructions and Form 1040X instructions.

| | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . . **23** | | | |
| 24 | Your dependent children who lived with you . . . . . . . . **24** | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation **25** | | | |
| 26 | Other dependents . . . . . . . . . . . . . . . . **26** | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . . . . **27** | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form . . . **28** | | | |

29   List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name     Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

**Part II    Presidential Election Campaign Fund**

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

**Part III    Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and schedules.

THIS IS A CORRECTED AMENDED TAX RETURN, PLEASE DISREGARD THE ERRONEOUS 1040X SUBMITTED PREVIOUSLY.

FORM 8281 IS ATTACHED FOR SUPPORTING DOCUMENTATION. THE UCC TAX ADJUSTMENT REDEMPTION. THE INFORMATIONAL FORM 8281 DISPLAYS THE INTEREST AND ORIGINALLY ISSUED DEBT INSTRUMENT THAT REDEEMS THE PRINCIPAL AMOUNT. UCC 9-3115 (a) AND FORM 91 (attached) SUPPORTS THE SECURITY INTEREST OF THE DEBT. THE SECURITY INTEREST IS ATTACHED TO THE IDENTIFIABLE PROCEEDS OF THE COLLATERAL.


THE TAXPAYER FURNISHED ALL SUPPORTING DOCUMENTS FOR THE 2011 AMENDMENT. IF ADDITIONAL SUPPORTING DOCUMENTATION IS NEEDED PLEASE CONTACT THE TAXPAYERS.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| ▶ *Johnny Andrew Moore* | 3/10/14 | ▶ *Marie Ford Moore* | 3-10-2014 |
|---|---|---|---|
| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |

**Paid Preparer Use Only**

| ▶ *CHARESE JOHNSON 3/10/14* | | PRODIGY ACCOUNTING SERVICES |
|---|---|---|
| Preparer's signature | Date | Firm's name (or yours if self-employed) |
| CHARESE JOHNSON | | PO BOX 128 ABERDEEN MD 21001 |
| Print/type preparer's name | | Firm's address and ZIP code |
| | ☐ Check if self-employed    4437528886 | |
| PTIN | Phone number | EIN |

For forms and publications, visit IRS.gov.                                      Form **1040X** (Rev. 12-2013)

US-0010529

Mar 23 15 12:51p      Johnny Moore

**Form 1040X**
(Rev. December 2013)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

This return is for calendar year ☐ 2013  ☐ 2012  ☑ 2011  ☐ 2010

Other year. Enter one: calendar year _____  or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JOHNNY | MOORE | ███ 3 9 7 9 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| MARIA | MOORE | ███ 3 5 7 4 |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.    Your phone number

1108 44TH PLACE SE

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

WASHINGTON ,DISTRICT OF COLUMBIA  20019

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

Amended return filing status. You must check one box even if you are not changing your filing status.
Caution. In general, you cannot change your filing status from joint to separate returns after the due date.

☐ Single   ☑ Married filing jointly   ☐ Married filing separately
☐ Qualifying widow(er)   ☐ Head of household (if the qualifying person is a child but not your dependent, see instructions.)

| | Use Part III on the back to explain any changes | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶☐ | 1 | 44128 | 0 | 44128 |
| 2 | Itemized deductions or standard deduction | 2 | 16010 | 0 | 16010 |
| 3 | Subtract line 2 from line 1 | 3 | 28119 | 0 | 28119 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28 | 4 | 7,400 | 0 | 7,400 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 20719 | 0 | 20719 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method used to figure tax (see instructions): 2011 TAX TABLE | 6 | 2259 | 0 | 2259 |
| 7 | Credits. If general business credit carryback is included, check here ▶☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 2259 | 0 | 2259 |
| 9 | Other taxes | 9 | 0 | 0 | 0 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 2259 | 0 | 2259 |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 11 | 282371 | (280000) | 2371 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0 | 0 |
| 13 | Earned income credit (EIC) | 13 | 0 | 0 | 0 |
| 14 | ☐ 4136  ☐ 5405  ☐ 8801  ☐ 8812 (2010 or 2011)  ☐ 8839  ☐ 8863 ☐ 8885 or ☐ other (specify): | 14 | 0 | 0 | 0 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 15 | | | 0 |
| 16 | Total payments. Add lines 11 through 15 | 16 | | | 2371 |
| **Refund or Amount You Owe** (Note. Allow 8–12 weeks to process Form 1040X.) | | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 17 | | | 2371 |
| 18 | Subtract line 17 from line 16 (if less than zero, see instructions) | 18 | | | 0 |
| 19 | | | | | |
| 20 | If line 10, column C, is less than line 16, enter the difference. This is the amount overpaid on this return | 20 | | | 0 |
| 21 | Amount of line 20 you want refunded to you | 21 | | | 0 |
| 22 | | | | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.          Cat. No. 11360L          Form **1040X** (Rev. 12-2013)

US-0010530

Form 1040X (Rev. 12-2013)                                                                                  Page **2**

**Part I    Exemptions**

Complete this part only if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

*See Form 1040 or Form 1040A instructions and Form 1040X instructions.*

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . | 23 | | | |
| 24 | Your dependent children who lived with you . . . . . . . . . | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | | |
| 26 | Other dependents . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . . | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. . | 28 | | | |
| 29 | List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions. | | | | |

| (a) First name          Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

**Part II    Presidential Election Campaign Fund**

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

**Part III    Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

Corrected 1040x in regards to the penalty letter attached. Please send correspondence detailing the IRS Codes that are in conjunction with the frivolous filing claim.

PLEASE FORWARD ALL MAIL AND CORRESPONDENCE TO:
PO BOX 15428 WASHINGTON, DC 20003-0428.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| ▶ *Johnny Andrew Moore* | 8-1-14 | ▶ *Maurie Dorst Moore* | *8-1-14* |
|---|---|---|---|
| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |

**Paid Preparer Use Only**

| ▶ *CHARESE JOHNSON* | 7/11/2014 | PRODIG | |
|---|---|---|---|
| Preparer's signature | Date | Firm's name (or yours if self-employed) | |
| CHARESE JOHNSON | | PO BOX 129 ABERDEEN, MD 21001 | |
| Print/type preparer's name | | Firm's address and ZIP code | |
| | ☐ Check if self-employed | | |
| PTIN | | Phone number | EIN |

For forms and publications, visit IRS.gov.                                                    Form **1040X** (Rev. 12-2013)

US-0010531



U.S. Postal Service.
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OGDEN UT 84704

| | | |
|---|---|---|
| Postage | $8.49 | 0270 |
| Certified Fee | $3.30 | 26 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.79 | 10/02/2014 |

Dept of the Treasury IRS Attn Corrected
1973 N Rulon White Blvd M/S 4210
Ogden, UT 84404-0040

Total:                    $3.79

Paid by:
Cash
Change Due:        $100.00
                        -$96.21

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
***********************************

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
***********************************
***********************************

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship

US-0010532

Mar 23 15 12:53p      Johnny Moore                    2022901078                          p.15

| Form **1040X** | Department of the Treasury—Internal Revenue Service | | |
|---|---|---|---|
| (Rev. December 2013) | **Amended U.S. Individual Income Tax Return** | | OMB No. 1545-0074 |
| | ▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x. | | |

This return is for calendar year  ☐ 2013  ☐ 2012  ☑ 2011  ☐ 2010

Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JOHNNY | MOORE | ███ 3 9 7 9 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| MARIA | MOORE | ███ 3 5 7 4 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.   Your phone number

**1108 44TH PLACE SE**

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

**WASHINGTON DC  20019**

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

Amended return filing status. You must check one box even if you are not changing your filing status.
Caution. In general, you cannot change your filing status from joint to separate returns after the due date.

☐ Single   ☑ Married filing jointly   ☐ Married filing separately
☐ Qualifying widow(er)   ☐ Head of household (if the qualifying person is a child but not your dependent, see instructions.)

| Use Part III on the back to explain any changes | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here . . . . . . . . . . ▶ ☐  **1** | 44129 | 0 | 44129 |
| 2 | Itemized deductions or standard deduction  **2** | 16010 | 0 | 16010 |
| 3 | Subtract line 2 from line 1  **3** | 28119 | 0 | 28119 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28  **4** | 7,400 | 0 | 7,400 |
| 5 | Taxable income. Subtract line 4 from line 3  **5** | 20719 | 0 | 20719 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax (see instructions):  **2011 TAX TABLE**  **6** | 2259 | 0 | 2259 |
| 7 | Credits. If general business credit carryback is included, check here . . . . . . . . . . . ▶ ☐  **7** | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0-  **8** | 2259 | 0 | 2259 |
| 9 | Other taxes  **9** | 0 | 0 | 0 |
| 10 | Total tax. Add lines 8 and 9  **10** | 2259 | 0 | 2259 |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) . . . . . . .  **11** | 282371 | (280000) | 2371 |
| 12 | Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . .  **12** | 0 | 0 | 0 |
| 13 | Earned income credit (EIC)  **13** | 0 | 0 | 0 |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2010 or 2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☐ other (specify):  **14** | | | 0 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed  **15** | | | 0 |
| 16 | Total payments. Add lines 11 through 15  **16** | | | 2371 |
| **Refund or Amount You Owe** (Note. Allow 8–12 weeks to process Form 1040X.) | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . .  **17** | | | 2371 |
| 18 | Subtract line 17 from line 16 (if less than zero, see instructions) . . . . . . . . . . . .  **18** | | | 0 |
| 19 | Amount you owe. If line 10, column C, is more than line 16, enter the difference  **19** | | | 0 |
| 20 | If line 10, column C, is less than line 16, enter the difference. This is the amount overpaid on this return  **20** | | | 0 |
| 21 | Amount of line 20 you want refunded to you . . . . . . . . . . .  **21** | | | 0 |
| 22 | Amount of line 20 you want applied to your (enter year): _____ estimated tax .  **22** | | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.          Cat. No. 11360L          Form **1040X** (Rev. 12-2013)

US-0010533

Form 1040X (Rev. 12-2013)                                                 Page 2

## Part I   Exemptions

Complete this part only if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

*See Form 1040 or Form 1040A instructions and Form 1040X instructions.*

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. **Caution.** *If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . | 23 | | | |
| 24 | Your dependent children who lived with you . . . . . . . . | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | | |
| 26 | Other dependents . . . . . . . . . . . . . . . . | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . . . | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. | 28 | | | |
| 29 | List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions. | | | | |

| (a) First name         Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

## Part II   Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐  Check here if you did not previously want $3 to go to the fund, but now do.

☐  Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

## Part III   Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

Corrected 1040x in regards to the penalty letter attached. Please send correspondence detailing the IRS Codes that are in conjunction with the frivolous filing claim.

**PLEASE FORWARD ALL MAIL AND CORRESPONDENCE TO:**
**PO BOX 16428 WASHINGTON, DC 20008-0428.**

## Sign Here

Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ *Johnny Andreais. Moore*    10-2-2014    ▶ *Mario Soni Moore*    10-2-2014
Your signature                        Date           Spouse's signature. If a joint return, both must sign.    Date

**Paid Preparer Use Only**

▶ *CHARESE JOHNSON*    8/1/2014    PRODIGY ACCOUNTING SERVICES
Preparer's signature         Date         Firm's name (or yours if self-employed)

CHARESE JOHNSON                    PO BOX 129 ABERDEEN, MD 21001
Print/type preparer's name                  Firm's address and ZIP code

                                       443.752.8886
PTIN                  ☐ Check if self-employed      Phone number         EIN

For forms and publications, visit IRS.gov.                             Form **1040X** (Rev. 12-2013)

US-0010534

Mar 23 15 12:27p        Johnny Moore                                    2022901078                              p.1

To Fax# 1-804-916-8145   Attn: W. Stark C/o Jodi L. Patterson

To Whom It May Concern: Enclosed you

will Find Stamped Copies of Amended 1040X

Along with The Tax Preparer (Signed) Power of

Attorney Form. Ms Charese Johnson is Already

On File For Clients Johnny Andrews Moore ████ 3979

And For Client Maria F Moore ████ 3574...

For Further Information you Can Contact Either

Agent At  Fax #202-290-107

        Cell # 202-595-6218 (Johnny Andrews)

        Cell # 202-907-9348 (Maria F Moore)

Mailing: PO Box 15428
        Wash DC 20003

thanks For your
Service

PAY TO THE ORDER OF THE ACCOUNT
OF THE UNITED STATES OF AMERICA
FULL DISCHARGE IS DEMAND
12 USC 411, 95A (2) 50 USC APP7 (e)
FORWARD TO THE PRINCIPAL

By Agent: Maria F Moore

US-0010535

**028_1.0018**

Mar 23 15 12:27p     Johnny Moore                           2022901078          p.2



**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN  TX  73301-0030

71617617928562382155

In reply refer to: 0469241048
Feb. 25, 2015   LTR 105C   0
████████3574  201112  55
Input Op:  1486841048  00005127
                        BODC: SB

MARIA MOORE
PO BOX 15428
WASHINGTON  DC  20003-0428



000224

CERTIFIED MAIL

Taxpayer identification number:  ████████-3574
             Kind of tax:  Income
         Amount of claim : $     15,000.00

      Date of claim(s) received:  Aug. 08, 2014
             Tax period :  Dec. 31, 2011

Dear Taxpayer:

                WE COULDN'T ALLOW YOUR CLAIM

WHY WE'RE SENDING YOU THIS LETTER

We disallowed your claim for credit for the period shown above.

WHY WE CAN'T ALLOW YOUR CLAIM

We have disallowed your claim for abatement.  You did not submit a
valid return within the thirty day time frame given to you in letter
3176C dated April 30, 2014.

If you qualify, you may file a request to have your frivolous return
penalty reduced.  Under IRC 6702(d) qualifying individuals may file to
have their frivolous penalty reduced to $500.00. For more information
visit our website at irs.gov, search for Form 14402.  Form 14402
contains eligibility, payment, and filing instructions.

IF YOU DISAGREE

If you do not agree with our decision, you can file suit to recover
tax, penalties, or other amounts, with the United States District
Court having jurisdiction or with the United States Court of Federal
Claims. These courts are part of the judiciary branch of the federal
government and have no connection with the IRS.

The law permits you to do this within 2 years from the date of this
letter. If you decide to appeal our decision first, the 2-year period

US-0010536

```
                                                    0469241048
                              Feb. 25, 2015   LTR 105C    0
                              ███████ 3574  201112 55
                              Input Op:  1486841048 00005128
```

MARIA MOORE
PO BOX 15428
WASHINGTON  DC  20003-0428

still begins from the date of this letter. However, if you signed
an agreement that waived your right to the notice of disallowance
(Form 2297), the period for filing suit begins on the date you filed
the waiver.

If you need forms, schedules or publications to respond to this
letter, you can obtain them by visiting the IRS website at www.irs.gov
or by calling 1-800-TAX-FORM (1-800-829-3676).

                        HOW TO CONTACT US

If you have questions, you can call us toll free at
866-883-0235.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include a copy of this letter and provide in the
spaces below, your telephone number and the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____   Hours_____


                          Sincerely yours,


                          Jodi L. Patterson

                          Jodi L. Patterson
                          Dir., Rtn. Integrity & Corr. Svc.


Enclosure(s):
Publication 1

US-0010537

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3<br>(800) 913-6050 | Serial Number<br>119133314 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer   JOHNNY A MOORE

001517

Residence
PO BOX 15428
WASHINGTON, DC 20003-0428

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6702A | 12/31/2011 | XXX-XX-3979 | 08/11/2014 | 09/10/2024 | 15000.00 |

| Place of Filing | | |
|---|---|---|
| OFFICE OF RECORDER OF DEEDS FOR<br>WASHINGTON D.C.<br>WASHINGTON, DC 20001 | Total | 15000.00 |

This notice was prepared and signed at ____ BALTIMORE, MD ____ , on this,

the 10th day of September , 2014 .

| Signature<br>for W. STARK | Title<br>REVENUE OFFICER<br>(804) 916-8129 | 23-03-4749 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 02-04)

US-0010538

Mar 23 15 12:28p      Johnny Moore                                2022901078                    p.5

 **IRS** Department of the Treasury
Internal Revenue Service

**CERTIFIED MAIL**

CCP-LU W. STARK
P.O. BOX 10085, ROOM 860
RICHMOND, VA 23240

7161761836374917 7985

Letter Date:    09/23/2014
Taxpayer Identification Number:
   XXX-XX-3979
Person to Contact:
W. STARK
Contact Telephone Number:
   (804) 916-8129
Employee Identification Number:
   1002838227



JOHNNY A MOORE
PO BOX 15428
WASHINGTON, DC 20003-0428

001517

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

Dear JOHNNY A MOORE

We filed a Notice of Federal Tax Lien on 09/23/2014 .

| Type of Tax | Tax Period | Assessment Date | Amount on Lien |
|---|---|---|---|
| 6702A | 12/31/2011 | 08/11/2014 | 15000.00 |

NOTE: Please contact the person whose name and telephone number appears on this notice to obtain the current amount you owe. Additional interest and penalties may be increasing the amount on the lien shown above.

A lien attaches to all property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we have enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by 10/30/2014 . Please complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,*and mail it to:

Internal Revenue Service
P.O. BOX 10085, ROOM 860
RICHMOND, VA 23240

Letter 3172 (DO) rev. (3-2009)
Catalog No. 26767I

US-0010539

028_1.0022

Mar 23 15 12:29p     Johnny Moore                          2022901078              p.6

**Form 2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at www.irs.gov/form2848.

OMB No. 1545-0150

For IRS Use Only

Received by:
Name _____
Telephone _____
Function _____
Date __/__/__

**Part I     Power of Attorney**

Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored
for any purpose other than representation before the IRS.

**1     Taxpayer information. Taxpayer must sign and date this form on page 2, line 7.**

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| JOHNNY ANDREWS MOORE | |
| PO BOX15429 | 3979 |
| WASHINGTON, DC 20003-0429 | Daytime telephone number   Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2     Representative(s) must sign and date this form on page 2, Part II.**

| Name and address | |
|---|---|
| CHARESE JOHNSON | CAF No. 0303-03601R |
| PO BOX 129 | PTIN P00447855 |
| ABERDEEN, MD 21001 | Telephone No. 443.752.8886 |
| | Fax No. 1.888.688.8452 |

Check if to be sent copies of notices and communications ☒     Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

| Name and address | |
|---|---|
| | CAF No. |
| | PTIN |
| | Telephone No. |
| | Fax No. |

Check if to be sent copies of notices and communications ☐     Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

| Name and address | |
|---|---|
| | CAF No. |
| | PTIN |
| | Telephone No. |
| | Fax No. |

(Note. IRS sends notices and communications to only two representatives.)     Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

| Name and address | |
|---|---|
| | CAF No. |
| | PTIN |
| | Telephone No. |
| | Fax No. |

(Note. IRS sends notices and communications to only two representatives.)     Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3     Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and
inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s)
shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| INCOME, CIVIL, ESTATE | 1040, LETTERS, : | 2011, 2012, 2013, 2014 |
| | | |
| | | |

**4     Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF,
check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . . . . ▶ ☐

**5a     Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see
instructions for line 5a for more information):

☐ Authorize disclosure to third parties;     ☐ Substitute or add representative(s);     ☐ Sign a return: _____

_____
_____

☐ Other acts authorized: _____
_____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.          Cat. No. 11980J          Form **2848** (Rev. 7-2014)

US-0010540

Mar 23 15 12:29p      Johnny Moore                                          2022901078                              p.7

Form 2848 (Rev. 7-2014)                                                                                                                   Page **2**

**b**  **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

**5**  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**  **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.
▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| _(signature)_ | _1-27-14_ | |
| Signature | Date | Title (if applicable) |
| _(print name)_ | | |
| Print Name | | Print name of taxpayer from line 1 if other than individual |

| Part II | Declaration of Representative |
|---|---|

Under penalties of perjury, by my signature below I declare that:
• I am not currently suspended or disbarred from practice before the Internal Revenue Service;
• I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
**c** Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
**d** Officer—a bona fide officer of the taxpayer organization.
**e** Full-Time Employee—a full-time employee of the taxpayer.
**f** Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
**h** Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation h).
**i** Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation i).
**k** Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
**r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).
▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

**Note.** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a-r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| b | | | _(signature)_ | 7/22/14 |
| | | | | |
| | | | | |

Form **2848** (Rev. 7-2014)

US-0010541

# Form 1040X

**Amended U.S. Individual Income Tax Return**

Department of the Treasury – Internal Revenue Service

(Rev. December 2013)

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

**This return is for calendar year** ☐ 2013 ☐ 2012 ☒ 2011 ☐ 2010

**Other year. Enter one: calendar year** _____ **or fiscal year (month and year ended):** _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JOHNNY | MOORE | ███ 3 9 7 9 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| MARIA | MOORE | ███ 3 5 7 4 |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.    Your phone number

110B 44TH PLACE SE     INTERNAL     2023907477

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

WASHINGTON DC 20019     WASHINGTON

Foreign country name     Foreign province/state/county     Foreign postal code

FEB 18 2014

**Amended return filing status. You must check one box even if you are not changing your filing status.**

**Caution.** In general, you cannot change your filing status from joint to separate returns after the due date.

☐ Single    ☒ Married filing jointly    ☐ Married filing separately
☐ Qualifying widow(er)    ☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

**Use Part III on the back to explain any changes**

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐   **1** | 44,129 | 0 | 44,129 |
| 2 | Itemized deductions or standard deduction   **2** | 16,010 | 0 | 16,010 |
| 3 | Subtract line 2 from line 1   **3** | 28,119 | 0 | 28,119 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28   **4** | 7,400 | 0 | 7,400 |
| 5 | Taxable income. Subtract line 4 from line 3   **5** | 20,719 | 0 | 20,719 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax (see instructions): 2011 TAX TABLE   **6** | 2,259 | 0 | 2,259 |
| 7 | Credits. If general business credit carryback is included, check here ▶ ☐   **7** | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0-   **8** | 2,259 | 0 | 2,259 |
| 9 | Other taxes   **9** | 0 | 0 | 0 |
| 10 | Total tax. Add lines 8 and 9   **10** | 2,259 | 0 | 2,259 |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions)   **11** | 2,371 | 0 | 2,371 |
| 12 | Estimated tax payments, including amount applied from prior year's return   **12** | 0 | 0 | 0 |
| 13 | Earned income credit (EIC)   **13** | 0 | 0 | 0 |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2010 or 2011) ☐ 5639 ☐ 8863 ☐ 8885 or ☒ other (specify): 6251 SUPPORTING DOCUMENT   **14** | | 416,200 | 416,200 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed   **15** | | | 0 |
| 16 | Total payments. Add lines 11 through 15   **16** | | | 418,571 |
| **Refund or Amount You Owe** (Note. Allow 8–12 weeks to process Form 1040X.) | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS   **17** | | | 112 |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions)   **18** | | | 418,459 |
| 19 | Amount you owe. If line 10, column C, is more than line 18, enter the difference   **19** | | | 0 |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount overpaid on this return   **20** | | | 416,200 |
| 21 | Amount of line 20 you want refunded to you   **21** | | | 416,200 |
| 22 | Amount of line 20 you want applied to your (enter year): _____ estimated tax   **22** | | | |

**Complete and sign this form on Page 2**

For Paperwork Reduction Act Notice, see instructions.    Cat. No. 11360L    Form **1040X** (Rev. 12-2013)

US-0010542

Form 1040X (Rev. 12-2013)                            Page **2**

**Part I  Exemptions**

Complete this part only if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| *See Form 1040 or Form 1040A instructions and Form 1040X instructions.* | | | | | |
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependant, you cannot claim an exemption for yourself* | 23 | | | |
| 24 | Your dependent children who lived with you | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | | |
| 26 | Other dependents | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form | 28 | | | |
| 29 | List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions. | | | | |

| (a) First name    Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

**Part II  Presidential Election Campaign Fund**

Checking below will not increase your tax or reduce your refund.

☐   Check here if you did not previously want $3 to go to the fund, but now do.

☐   Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

**Part III  Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.

► Attach any supporting documents and new or changed forms and schedules.

FORM 8281 IS ATTACHED FOR SUPPORTING DOCUMENT. THE TAXPAYER FURNISHED ALL SUPPORTING DOCUMENTS FOR THE 2011 AMENDMENT. IF ADDITIONAL SUPPORTING DOCUMENTATION IS NEEDED PLEASE CONTACT THE TAXPAYERS.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| ► Johnny Andrews Moore | 2-6-14 | ► Maia Josh Moore | 2-6-2014 |
|---|---|---|---|
| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |

**Paid Preparer Use Only**

| Preparer's signature | 2/16/12 | Firm's name (or yours if self-employed) PRODIGY ACCOUNTING SERVICES | |
|---|---|---|---|
| Date | | | |
| CHARESE JOHNSON | | Firm's address and ZIP code PO BOX 129 ABERDEEN MD 21001 | |
| Print/type preparer's name | | | |
| PTIN P00447855 | ☐ Check if self-employed | Phone number 4437528885 | EIN 522251150 |

For forms and publications, visit IRS.gov.                            Form **1040X** (Rev. 12-2013)

US-0010543