# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| v. : | Crim. Nos. 1:18-CR-00388 (RDM) |
| CHARESE JOHNSON, : | Trial Date: Oct. 28, 2020 |
|     Defendant | |

## UNOPPOSED MOTION FOR REVIEW AND
## MODIFICATION OF CONDITIONS OF RELEASE

Ms. Charese Johnson, through undersigned counsel, respectfully requests that this Court review and modify her conditions of release in the above captioned case. Specifically, Ms. Johnson requests that this Court remove the condition that Ms. Johnson is not allowed to "open any bank accounts or lines of credit while on Pretrial Services Supervision" **[ECF Document 16]**. In support of this Motion, counsel states:

   1. Ms. Johnson is before the court charged in 1:18-cr-388, a case in which she has been indicted on three counts of aiding and assisting in the preparation of a false tax return. Trial in this matter is presently scheduled to take place on October 28, 2020.

   2. On January 28, 2019, at the initial hearing in this case, the Honorable Magistrate Judge Deborah Robinson placed Ms. Johnson on pretrial release. Ms. Johnson has followed all conditions of release and remained under the supervision of the Pretrial Service Agency without infraction, violation, sanction, or reprimand for over a year. She remains in that posture even as of the time of the instant pleading.

   3. Like many others in this country, Ms. Johnson is feeling financial pressure due to the impact that the rapidly spreading COVID-19 pandemic has had on the nations economy.

4. Ms. Johnson is self-employed and has seen a marked decline in income due to the national crisis and mandated social distancing. As a result concerns about paying bills and making ends meet are very much a reality for her and her family.

5. Because of the condition that she not "open any bank accounts or lines of credit while on Pretrial Services Supervision" – Ms. Johnson has been unable to explore financial options that she otherwise would have been able to pursue had that specific condition not been set. Notably, this condition would seem to prohibit Ms. Johnson from availing herself of favorable interest rates, obtaining additional credit, and even applying for loans and other assistance made available, specifically to small business owners like Ms. Johnson, by the Coronavirus Aid, Relief, and Economic Security (CARES) Act, recently passed by Congress.

6. When this "no new credit" condition was implemented, no one could have predicted that this country's economy would have been in the condition that its in or that Ms. Johnson would have been facing the financial difficulties that she is currently presented with. This is truly an extenuating circumstance that makes a reconsideration of this condition appropriate, and a change in this condition proper. Ms. Johnson, like many others, is faced with dire financial challenges due to the slowed economy and diminished ability to earn at this time.

7. Counsel has spoken with Ms. Johnson's case manager, Mr. Sidberry, to ascertain Pretrial's position on this motion. According to Mr. Sidberry, Pretrial does not object the this condition being removed.

8. Similarly, in an email on April 29, 2020, the government also confirmed that it does not oppose a change in this condition.

For the foregoing and all other reasons that may be apparent to this Court, Ms. Johnson

respectfully requests that her release conditions be modified and that she be permitted to open bank accounts and/or lines of credit at her discretion.

          Respectfully Submitted,

          _____/s/_____

          Joseph P. Caleb, Esq.
          Bar No. 495383
          CalebLaw, PLLC
          1156 15th Street, N.W. Suite 510
          Washington, D.C.  20005
          (202) 787-5792
          (202) 587-2980 (facsimile)
          E-mail:  jcaleb@bcrlawfirm.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing pleading was filed and served via ECF, this 29th day of April, 2020, upon the U.S. Attorney's Office and to counsel of record.

          /s/
          _____
          Joseph P. Caleb

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | : Crim. Nos. 1:18-CR-0388 (RDM) |
| **CHARESE JOHNSON,**<br>     **Defendant** | : Trial Date: Oct. 28, 2020 |

**<u>ORDER</u>**

A Motion For Review And Modification Of Conditions Of Release having been filed by the defendant, it is this ____ day of _____, 2020, **ORDERED** that the previous condition as outlined in **[ECF Document 16]** that Ms. Johnson be prohibited from opening any bank accounts or lines of credit be **REMOVED**, and that she be permitted to open accounts and credit lines at her discretion due to the severe financial hardships presented by COVID-19.

_____
Judge Moss

**Copies to:**

**Joseph Caleb**
Counsel for Ms. Johnson
CalebLaw, PLLC
1156 15th Street N.W.
Washington, D.C. 20005
(202) 787-5792

**United States Department of Justice, Tax Div.**
Abigail Chingos, Esq.
Jeffrey McLellan, Esq.